UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 16-4931 DMG (MRW) | Date | August 25, 2016 |
|---|---|---|---|
| Title | Cooper v. Colvin | | |

| Present: The Honorable | Michael R. Wilner | |
|---|---|---|
| Veronica McKamie | | None |
| Deputy Clerk | | Court Smart / Reporter |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendant: |
| None Present | | None Present |

**Proceedings:**    (IN CHAMBERS) ORDER RE: NOTICE OF DISMISSAL

    Plaintiff filed a notice of dismissal in this case. (Docket # 10.) This action is dismissed in its entirety.